**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6628**

---

JOHN PATTON MCGLOTHLIN,

Plaintiff - Appellant,

versus

SERGEANT RICHIE; OFFICER MARSHALL; OFFICER
BLANTON; OFFICER LEUSEUR; LARRY HUFFMAN; LISA
EDWARDS; JOHN DOES; JANE DOES,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CA-95-1290-R)

---

Submitted: July 23, 1996           Decided: August 6, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Patton McGlothlin, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Lance Bradford Leggitt, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McGlothlin v. Richie, No. CA-95-1290-R (W.D. Va. Apr. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2